0UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| In Re: ) | |
| ) | **Chapter 13 Proceeding** |
| **Don and Rae Steeb** ) | |
| ) | **Case No. 06-62468** |
| **Debtors** ) | |

### NOTICE FOR DEPOSIT OF FUNDS
### INTO U. S. TREASURY FUND 6047BK

Comes now Paul R. Chael, Standing Chapter 13 Trustee, and moves the Court to allow Trustee to deposit the amount of $149.22 into U. S. Treasury Fund 6047BK for the following reasons:

1. That the debtors herein filed a Petition for Relief under Chapter 13 of the U.S. Bankruptcy Code.
2. That Hudson & Keyse, LLC filed a proof of claim on November 24, 2006.
3. That your Trustee attempted to send payment in the amount of $149.22 on said claim in March 2011 and said payment remains uncashed.

WHEREFORE, Paul R. Chael, Standing Chapter 13 Trustee, prays this Court to deposit $149.22 into U.S. Treasury Fund 6047BK on behalf of creditor Hudson & Keyse LLC whose last known address was P.O. Box 1090, Mentor, OH 44061.

/s/ Paul R. Chael
Paul R. Chael, Trustee
401 W. 84th Drive, Suite C
Merrillville, IN 46410
(219) 650-4015

### CERTIFICATE OF SERVICE

I hereby certify that on July 5, 2011 service of a true and complete copy of the above and foregoing pleading or document was made upon the debtors' attorney and the U.S. Trustee electronically and the debtor by U.S. Mail as set forth below.

/s/ Paul R. Chael
Paul R. Chael, Trustee
Indiana Attorney #3881-45

Distribution:

Don and Rae Steeb, 6691 Monroe Court, Merrillville, IN 46410